05-278

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DEBRA-ANN WELLMAN (PRO SE)

## DEFENDANTS
DuPONT DOW ELASTOMERS LLC (TRADING AS DuPONT HIGH PERFORMANCE ELASTOMERS LLC)
300 BELLEVUE PARKWAY - SUITE 300 - WILM, DE 19809

(b) County of Residence of First Listed Plaintiff: NEW CASTLE COUNTY, DE
County of Residence of First Listed Defendant: NEW CASTLE COUNTY, DELAWARE

(c) Attorney's (Firm Name, Address, and Telephone Number)
(302) 886-7055
DEBRA-ANN WELLMAN
PRO SE   P.O. BOX 4395
GREENVILLE, DE 19807

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF ☒1   DEF ☐1
Incorporated or Principal Place of Business In This State: PTF ☐4   DEF ☒4

## IV. NATURE OF SUIT
☒ 440 Other Civil Rights
☒ 445 Amer. w/Disabilities - Employment

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 USC § 2000E-5
Brief description of cause: DISABILITY, SEXUAL HARASSMENT DISCRIMINATION/SEX, HOSTILE WORK ENVIRONMENT (SEE ATTACHED)

## VII. REQUESTED IN COMPLAINT:
DEMAND $ TBA
JURY DEMAND: ☒ Yes

DATE: May 9, 2005
SIGNATURE OF ATTORNEY OF RECORD: Debra-Ann Wellman