IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN (PRO SE) | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278 |
| | ) |
| DUPONT DOW ELASTOMERS LLC, | ) |
| (trading as: DUPONT HIGH | ) |
| PERFORMANCE ELASTOMERS LLC, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant, DuPont Dow Elastomers LLC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Barry M. Willoughby (by T. Cheek)*
_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: May 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such Entry of Appearance was mailed, First Class Mail, postage prepaid to the following person:

>Debra-Ann Wellman
>P.O. Box 4395
>Greenville
>New Castle, DE 19807

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*Barry M. Willoughby by T. Clark*
>Barry M. Willoughby, Esquire (No. 1016)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Email: bwilloughby@ycst.com
>Attorneys for Defendant

Dated: May 11, 2005