AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

DEBRA-ANN WELLMAN

V.

DUPONT DOW ELASTOMERS LLC
(TRADING AS: DUPONT
HIGH PERFORMANCE ELASTOMERS LLC)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-278

TO: (Name and address of Defendant)

DUPONT DOW ELASTOMERS LLC
(TRADING AS: DUPONT HIGH PERFORMANCE ELASTOMERS LLC)
300 BELLEVUE PARKWAY - SUITE 300
WILMINGTON, DE 19809

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE
DEBRA-ANN WELLMAN
P.O. BOX 4395
GREENVILLE, DE 19807

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

5-10-05

DATE

Beth ___

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 10, 2005 at 2:00 PM |
| NAME OF SERVER (PRINT)<br>William Golt | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on DuPont Dow Elastomers LLC (trading as DuPont High Performance Elastomers LLC) was effectuated by personally serving Brian Penrod, of The Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE  19801.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 11, 2005
                        Date                    Signature of Server

DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806
                        Address of Server

Also Served:
Civil Cover Sheet; EEOC Dismissal and Notice of Rights; and Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.