IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DUPONT DOW ELASTROMERS L.L.C.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civ. No. 05-278-SLR<br>)<br>)<br>)<br>) |
| DEBRA-ANN WELLMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>THE DUPONT COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civ. No. 05-279-SLR<br>)<br>)<br>)<br>) |
| DEBRA-ANN WELLMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>THE DOW CHEMICAL COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civ. No. 05-280-SLR<br>)<br>)<br>)<br>) |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 6th day of July, 2005, the court having determined that plaintiff is appearing in this matter pro se because plaintiff is unable to afford legal representation;

and having further determined that legal representation for plaintiff by an attorney is required in this matter, see Collinsgru v. Palmyra Bd. of Educ., 161 F.3d 225 (3rd Cir. 1998);

        IT IS ORDERED that:

        1. The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

        2. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

        _____
        United States District Judge