# YOUNG CONAWAY STARGATT & TAYLOR, LLP

...

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P BISSELL
SCOTT A. HOLT
JOHN T DORSEY
M BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW YOUNGCONAWAY COM

DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

ATHANASIOS E AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M JONES
RICHARD S. JULIE
KAREN E KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C KUFFEL

TIMOTHY E LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A MALFITANO
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C NORMAN (NY ONLY)
PATRICIA A WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B MAXWELL, 2ND

October 4, 2005

BY CM/ECF
The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

Re:   Wellman v. DuPont Dow, C.A. No. 1:05-cv-278
      Wellman v. The Dow Chemical Company, C.A. No. 1:05-cv-280

Dear Judge Robinson:

I am writing to request that the Court direct Plaintiff to advise the Court and the opposing parties of the status of her efforts to obtain counsel. On July 2, 2005, the Court issued an Order allowing Plaintiff access to the civil panel in an effort to retain counsel. On September 12, 2005, I wrote to Ms. Wellman to request that she update me as to the status of her efforts to obtain counsel. A copy of my letter is attached. As of this date, I have not received any response from Ms. Wellman.

Respectfully,

Barry M. Willoughby
(I.D. No. 1016)

BMW:mmcmi
Enclosure
cc:   Clerk, U.S. District Court
      Ms. Debra Wellman

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 12, 2005

<u>PERSONAL AND CONFIDENTIAL</u>
Ms. Debra-Ann Wellman
P.O. Box 4395
Greenville, DE 19807

Re:   Wellman v. DuPont Dow, C.A. No. 1:05-cv-278
       <u>Wellman v. The Dow Chemical Company, C.A. No. 1:05-cv-280</u>

Dear Ms. Wellman:

I am writing to request that you update me on the status of your effort to obtain counsel in this matter. As you recall, the Court issued an Order dated July 6, 2005, in which the Court authorized your access to the civil panel for the U.S. District Court for Delaware. Please advise me as to whether or not you have obtained counsel. If you have, please ask your attorney to contact me as soon as possible. If you have not obtained counsel, please let me know whether you have completed your efforts to obtain counsel. If not, please advise me of the amount of additional time you will reasonably need to complete your efforts.

Please note that I am not requesting that you provide me with any information concerning the substance of your conversations with any attorney. My request is limited to the status of your efforts to obtain an attorney to represent you in this matter.

Very truly yours,

Barry M. Willoughby

BMW:mmcmi

DB01:1846079.1                                                                                    051952.1010