IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN,            )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         ) Civ. No. 05-278-SLR<br>                               )<br>DUPONT DOW ELASTROMERS L.L.C., )<br>                               )<br>        Defendant.             ) | |

| | |
|---|---|
| DEBRA-ANN WELLMAN,            )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         ) Civ. No. 05-279-SLR<br>                               )<br>THE DUPONT COMPANY,            )<br>                               )<br>        Defendant.             ) | |

| | |
|---|---|
| DEBRA-ANN WELLMAN,            )<br>                               )<br>        Plaintiff,             )<br>                               )<br>    v.                         ) Civ. No. 05-280-SLR<br>                               )<br>THE DOW CHEMICAL COMPANY,      )<br>                               )<br>        Defendant.             ) | |

**ORDER RECOGNIZING REPRESENTATION**

At Wilmington this 18th day of January, 2006 the court recognizes that John M. Stull, Esquire, has agreed to represent plaintiff Debra-Ann Wellman as counsel of record in the above-captioned cases. Counsel's representation shall remain in effect until the final determination of this case unless, prior

thereto, this order is amended or revoked by further order of the court.

_____
United States District Judge