# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P O BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 15, 2006

VIA CM-ECF and HAND DELIVERY
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

      Re:    Wellman v. DuPont Dow Elastomers, L.L.C.
               Civil Action No. 05-278-SLR

Dear Judge Robinson:

      Enclosed please find a Proposed Scheduling Order that the parties have agreed to in connection with the Scheduling Conference in the above matter set for tomorrow, February 16, 2006, at 8:30 a.m.

      Respectfully,

      /s/ B

      Barry M. Willoughby
      (I.D. No. 1016)
      bwilloughby@ycst.com

BMW:mmcm
Enclosure
cc:    Clerk, U.S. District Court (w/encl.) (Via Hand Delivery)
       John M. Stull, Esquire (Via CM-ECF)
       Kathleen McDonough, Esquire (Via CM-ECF)

DB01:1994071.1                                                                                                                                       051952.1010