IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DuPONT DOW ELASTOMERS, LLC | ) |
| t/a DUPONT HIGH PERFORMANCE | ) |
| ELASTOMERS, LLC | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Barry M. Willoughby, hereby certify that on February 22, 2006, two copies of the Defendant's First Request for Production of Documents Directed to Plaintiff were hand delivered to the following person of record:

> John M. Stull, Esquire
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: February 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service of Defendant's First Request for Production of Documents Directed to Plaintiff with the Clerk of the Court using CM/ECF. A copy of such document was hand delivered to:

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/
>_____
>Barry M. Willoughby, Esquire (No. 1016)
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666; (302) 571-6676
>Facsimile: (302) 571-3345; (302) 576-3286
>Email: bwilloughby@ycst.com; tchee@ycst.com
>Attorneys for Defendant

Dated: February 22, 2006

DB01:1617274.1