IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-278 SLR |
| | ) |
| DUPONT DOW ELASTOMERS, L.L.C. | ) |
| | ) |
| Defendant. | ) |
| | |
| DEBRA WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-279 SLR |
| | ) |
| THE DUPONT COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | |
| DEBRA WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-280 SLR |
| | ) |
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

STIPULATION AND ORDER

The parties, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The above matters will be consolidated for purposes of discovery only.

2. Briefing on case dispositive motions will proceed separately for each matter on the schedule set forth in the Scheduling Order.

3. The Court will determine after resolution of case dispositive motions whether consolidation of the actions is appropriate.

|  |  |
|---|---|
| /s/ John M. Stull | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Barry M. Willoughby |
| John M. Stull, Esquire (ID #568)<br>1300 Market Street<br>Suite 700<br>P.O. Box 1947<br>Wilmington, DE 19899<br>Telephone: (302) 654-0399<br>Facsimile: (302) 654-0884<br>E-mail: jstullesq@aol.com<br>Attorney for Plaintiff | Barry M. Willoughby, Esquire (ID #1016)<br>The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Telephone: (302) 571-6666<br>Facsimile: (302) 576-3345<br>E-mail: bwilloughby@ycst.com<br>Attorney for DuPont Dow Elastomers, LLC and The Dow Chemical Company |

POTTER ANDERSON & CORROON, LLP

/s/ Kathleen McDonough by Elizabeth King (#4475)

Kathleen McDonough, Esquire (ID #2395)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6032
Facsimile: (302) 658-1192
E-mail: kmcdonough@potteranderson.com
Attorney for The DuPont Company

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson