IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTOMERS L.L.C., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF SERVICE

I, Teresa A. Cheek, hereby certify that on March 16, 2006, two copies of the Defendant's

Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) were hand delivered to the following

attorney of record for Plaintiff:


John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899


YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ *Teresa A. Cheek*_____

Barry M. Willoughby (I.D. No. 1016)
Teresa A. Cheek (I.D. No. 2657)
The Brandywine Building, 17th Floor
 1000 West Street
P.O. Box 391
Wilmington, DE  19801
Telephone:  (302) 571-6666
Facsimile:  (302) 576-3345
Attorneys for Defendant

Date:  March 16, 2006

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I electronically filed a true and correct copy of

the foregoing Defendant's Notice of Service of Defendant's Initial Disclosures Pursuant to Fed.

R. Civ. P. 26(a) and this Certificate of Service, with the Clerk of the Court using CM/ECF, and

further caused a copy of same to be served by hand delivery on the following counsel of record:

> John M. Stull, Esquire
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*

---

Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated:  March 16, 2006