IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DuPONT DOW ELASTOMERS, LLC | ) |
| t/a DUPONT HIGH PERFORMANCE | ) |
| ELASTOMERS, LLC | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, Teresa A. Cheek, hereby certify that on March 27, 2006, two copies of the Defendant's Second Set of Interrogatories Directed to Wellman were hand delivered to the following attorney of record for Plaintiff:

> John M. Stull, Esquire
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Teresa A. Cheek
> Barry M. Willoughby, Esquire (No. 1016)
> Teresa A. Cheek, Esquire (No. 2657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6666; (302) 571-6676
> Facsimile: (302) 571-3345; (302) 576-3286
> Email: bwilloughby@ycst.com; tcheek@ycst.com
> Attorneys for Defendant

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service for Defendant's Second Set of Interrogatories Directed to Wellman with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. Courtesy copies of such Notice of Service and Defendant's Second Set of Interrogatories Directed to Wellman was also hand delivered to the following counsel of record on this date.

John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: March 27, 2006