IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | |
| DUPONT DOW ELASTOMERS, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISCLOSURE OF EXPERT

Defendant, by and through the undersigned counsel, hereby discloses the retention of an expert witness in psychiatry, Dr. Neil Blumberg, 30 East Padonia Road, Suite 206, Timonium, MD 21093. Dr. Blumberg will undertake an independent medical examination of Plaintiff, provide an expert opinion concerning Ms. Wellman's psychiatric condition, ability to perform gainful employment, and related medical opinions.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ B_____
Barry M. Willoughby (I.D. No. 1016)
Teresa A. Cheek (I.D. No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676; 6666
Facsimile: (302) 576-3286; 3345
E-mail: bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant, DuPont Dow
Elastomers L.L.C.

Date: July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I electronically filed a true and correct copy of the foregoing Notice of Disclosure of Expert with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Notice of Disclosure of Expert was also hand delivered to the following counsel of record on this date.

        John M. Stull, Esquire
        1300 North Market Street, Suite 700
        P.O. Box 1947
        Wilmington, DE 19899

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/Barry M. Willoughby
        Barry M. Willoughby, Esquire (No. 1016)
        Teresa A. Cheek, Esquire (No. 2657)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899-0391
        Telephone: (302) 571-6666; (302) 571-6676
        Facsimile: (302) 571-3345; (302) 576-3286
        Email: bwilloughby@ycst.com; tchee@ycst.com
        Attorneys for Defendant

Dated: July 31, 2006