IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) Civil Action No. 05-279-SLR |
| | ) Civil Action No. 05-280-SLR |
| DuPONT DOW ELASTOMERS, LLC | ) |
| t/a DUPONT HIGH PERFORMANCE | ) |
| ELASTOMERS, LLC; | ) |
| E. I. DuPont de Nemours & Co., Inc., and | ) |
| The Dow Chemical Company, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COMBINED SUBMISSION OF PLAINTIFF'S
EXPERT REPORT FROM PLAINTIFF'S EXPERT REPORT FROM MARY LOUISE WHITEHILL, M.D. AND
MICHAEL GLACKEN, M.D., DIRECTED TO DEFENDANTS**

  Plaintiff DEBRA-ANN WELLMAN, through counsel, hereby WITHDRAWS her previously filed EXPERT REPORTS detailing medical review by MARY LOUISE WHITEHILL, M.D. and MICHAEL GLACKEN, M.D. filed on June 30, 2006, as said reports reflect opinions of Plaintiff's treating physicians.

            /s/ JOHN M. STULL
            John M. Stull, Esq. (Del.Bar #568)
            1300 N. Market Street, Ste 700
            P. O. Box 1947
            Wilmington, DE 19899
            Ph. 302) 654-0399
            Attorney for Debra-Ann Wellman
            Dated: June 30, 2006
            jstullesq@aol.COM

Dated: August 10, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2006, I electronically filed a Notice of Withdrawal of Plaintiff's Expert Reports covering Plaintiff's treating physicians Michael Glacken, M.D., and Mary Louise Whitehill, M.D., in behalf of Plaintiff Debra-Ann Wellman. Said filing was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Barry M. Willoughby, Esquire (No. 1016)
      Teresa A. Cheek, Esquire (No. 2657)
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391
      Telephone: (302) 571-6666; (302) 571-6676
      Facsimile: (302) 571-3345; (302) 576-3286
      Email: bwilloughby@ycst.com; tchee@ycst.com
      Attorneys for Defendant

      POTTER ANDERSON & CORROON
      Kathleen Furey McDonough, Esq.
      1313 Market Street
      Hercules Bldg., Fifth Flr.
      P. O. Box 951
      Wilmington, DE 19899
      Email: kmcdonough@potteranderson.com;
      Attorneys for Defendant


      /s/ John M. Stull
      John M. Stull, Esq. (Del.Bar #568)
      1300 N. Market Street, Ste 700
      P. O. Box 1947
      Wilmington, DE 19899
      Ph. 302) 654-0399
      Attorney for Debra-Ann Wellman
      Dated: August 10, 2006
      jstullesq@aol.COM

August 10, 2006