IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | |
| DuPONT DOW ELASTOMERS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES**

Defendant DuPont Dow Elastomers, LLC, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 37, hereby moves for the entry of an Order compelling Plaintiff Debra-Ann Wellman to respond to document requests and interrogatories propounded by Defendant. The grounds for this motion are as follows:

1.  On February 22, 2006, Defendant served on Plaintiff a set of document requests (D.I. 15) (copy attached hereto as Exhibit A) and a set of interrogatories (D.I. 14) (copy attached hereto as Exhibit B).

2.  On March 27, 2006, Defendant served on Plaintiff a second set of interrogatories (D.I. 18) (copy attached hereto as Exhibit C).

3.  To date, although Plaintiff has provided 173 pages of documents, she has failed to provide any written responses to Defendant's request for production of documents and has not responded at all to Defendant's interrogatories.

4.  Plaintiff also failed to make her initial disclosures pursuant to Fed. R. Civ. P. 26(a).

5.  **Statement Pursuant to L.R. 7.1.1.** Defendant's counsel, Barry Willoughby, has had numerous conversations with Plaintiff's attorney and has sent letters and email messages to

Plaintiff's attorney asking him to respond to Defendant's discovery requests, to no avail. Copies of the correspondence showing Defendant's efforts to resolve this issue are attached hereto as Exhibit D.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order in the form attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Barry M. Willoughby (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated: August 15, 2006

DB01.2168850.1                                              051952.1010

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed a true and correct copy of the foregoing Defendant's Motion to Compel Discovery Responses and this Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such document was hand delivered to:

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Teresa A. Cheek*
>Barry M. Willoughby (No. 1016)
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Attorneys for Defendant

Dated: August 15, 2006

DB01:1617274.1