# EXHIBIT D

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 6, 2006

**VIA HAND DELIVERY**
John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

Re:  <u>Wellman v. DuPont Dow Elastomers</u>

Dear John:

This will follow up on my telephone conversation with you earlier this week.  I have reviewed the documents that you have produced in response to Defendant's First Request for Production.  Although one tab of the documents you produced states that it includes Ms. Wellman's W-2 and other tax documents, in fact, it only includes the first page of her tax returns for 2000 and 2001.  It does not include her W-2s for those years or any other information for the other years covered by the scope of our request.  As you know, request No. 10 of Defendant's interrogatories requests Ms. Wellman's tax returns for the years 1996 through 2006.  Please promptly provide full tax returns for each year, including W-2s and supporting schedules.

In addition, you have not filed a formal response to the Request for Production. Please file a response indicating which documents you have supplied in response to each of our requests.  In addition, you have not provided answers to Defendant's interrogatories.  They are substantially overdue.  Please let me know when you expect to provide me with verified interrogatory answers.

Finally, Ms. Wellman's response to Defendant's Request for Production is also inadequate because she has not supplied documents in response to Request No. 7, dealing

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John M. Stull, Esquire
April 6, 2006
Page 2

with her hiring by DuPont Dow Elastomers in 1996.  Please provide me with those documents as soon as possible.

Very truly yours,

/S/ Barry Willoughby

Barry M. Willoughby

BMW:mmcm
cc:    Teresa A. Cheek, Esquire

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 11, 2006

BY HAND DELIVERY
John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

      Re:    Wellman v. The DuPont Dow Elastomers, LLC
             Civil Action No. 05-279 – SLR

Dear John:

    This is to follow on my numerous telephone calls to you concerning the outstanding discovery in the above-captioned matter. You have not filed answers to Defendant's Interrogatories Directed to Plaintiff, nor have you filed a response to Defendant's Request for Production Directed to Plaintiff. You did drop off some documents that you apparently believed are responsive to Defendant's Request for Production, but you did not file a formal response nor did you give any indication as to whether there were additional documents. In addition, you have failed or refused to provide complete discovery responses with respect to tax and other information as set forth in my prior correspondence.

    This is to advise that if you fail or refuse to provide responses to Defendant's discovery within ten (10) days of this letter, I will have no choice other than to bring the matter to the Court's attention in accordance with the Scheduling Order. Please contact me if you have any questions.

                Very truly yours,

                /S/ Barry Willoughby

                Barry M. Willoughby

BMW:mmcm

**Willoughby, Barry M.**

| | |
|---|---|
| **From:** | Willoughby, Barry M. |
| **Sent:** | Monday, July 31, 2006 1:20 PM |
| **To:** | jstullesq@aol.com |
| **Subject:** | Wellman v. DDE |

John: I have written, called, and e-mailed you repeatedly about your failure to provide discovery responses. We have been more than patient. This is to advice you that we will be filing a Motion to Compel responses to Defendant's First Set of Interrogatories and Defendant's First Request for Production. Please also let me know your client's availability for a deposition on August 17 or 18. We will begin here at 9:00 am. The deposition is expected to last a full day. Barry

**Willoughby, Barry M.**

| | |
|---|---|
| **From:** | Willoughby, Barry M. |
| **Sent:** | Friday, August 04, 2006 1:41 PM |
| **To:** | jstullesq@aol.com |
| **Cc:** | Cheek, Teresa; McMillan, Margaret; Ruggieri, Rose |
| **Subject:** | Wellman v. DDE |

John: This is to confirm that we will take Ms. Wellman's deposition on Friday, August 18, 2006 in my office beginning at 9:00 a.m. We will be issuing a notice of deposition. This will also confirm that you promised to deliver discovery responses to us not later than the close of business today. If we do not receive them, we will be filing a Motion to Compel. Barry

**Willoughby, Barry M.**

| | |
|---|---|
| **From:** | Willoughby, Barry M. |
| **Sent:** | Monday, August 14, 2006 12:11 PM |
| **To:** | jstullesq@aol.com |
| **Cc:** | Cheek, Teresa; Ruggieri, Rose |
| **Subject:** | Wellman v. DDE |

John: You failed to file discovery Reponses last Friday despite your promise to do so. We have been extraordinarily patient. Unfortunately, your delay is now affecting the taking of other discovery. We are filing a Motion to Compel. In addition, I am rescheduling the deposition now set for Friday, August 18. Is your client available on Thursday, September 7 for a rescheduled deposition date? Please also advise me of some dates when she will be available for an IME with our expert, Dr. Neil Blumberg. I am looking at dates on or about September 20. Barry