IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DuPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant DuPont Dow Elastomers, LLC, having moved pursuant to Fed. R. Civ. P. 37, for the entry of an Order compelling Plaintiff Debra-Ann Wellman to respond to document requests and interrogatories propounded by Defendant, and good cause having been shown in support of the motion, it is hereby ORDERED as follows:

1. Plaintiff shall, no later than five calendar days from the date of this Order:

    (a) Provide her initial disclosures pursuant to Fed. R. Civ. P. 26(a);

    (b) Provide written responses to Defendant's document requests;

    (c) Produce to Defendants copies of all documents responsive to their document requests; and

    (d) Respond fully and completely to Defendant's interrogatories.

2. Pursuant to Fed. R. Civ. P. 37(a)(4), Plaintiff shall pay to Defendant the reasonable attorneys' fees and other expenses incurred in obtaining this Order, Plaintiff not having established that her failure to respond to Defendant's discovery requests was substantially justified or that other circumstances make an award of expenses unjust.

_____
U.S.D.J.