IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTOMERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

RE-NOTICE OF DEPOSITION

TO:  John M. Stull, Esquire
       1300 North Market Street, Suite 700
       P.O. Box 1947
       Wilmington, DE 19899

    Please take notice  that the undersigned will take the video-tape deposition of  Debra-Ann

Wellman, on Friday, September 8, 2006, at 9:00 a.m., and continuing thereafter from hour to

hour and day to day until completion.  The deposition will be held in the law offices of Young

Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor,

Wilmington, DE  19801.

                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                  _____
                  Barry M. Willoughby, Esquire (Bar I.D. 1016)
                  Teresa A. Cheek, Esquire (Bar I.D. 2657)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  P.O. Box 391
                  Wilmington, Delaware 19899-0391
                  Telephone: (302) 571-6666
                  Facsimile: (302) 576-3345
                  Attorneys for Defendant, The Dow Chemical Company

Date:  August 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, I electronically filed a true and correct copy of the foregoing Re-Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Re-Notice of Deposition was also hand delivered to the following counsel of record on this date.

> John M. Stull, Esquire
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> Barry M. Willoughby, Esquire (Bar I.D. 1016)
> Teresa A. Cheek, Esquire (Bar I.D. 2657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> Attorneys for Defendant, The Dow Chemical Company

Dated: August 16, 2006