IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF DEPOSITION

TO: John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

Please take notice that the undersigned will take the deposition of Dr. Michael Glacken, on Thursday, September 14, 2006, at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. (A copy of the Subpoena being served is attached hereto as Exhibit A). The deposition will be held in the offices of Dr. Glacken, 2001 Providence Avenue, Chester, PA 19013.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
_____
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, The Dow Chemical Company

Date: August 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed a true and correct copy of the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Notice of Deposition was also hand delivered to the following counsel of record on this date.

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Teresa A. Cheek
>_____
>Barry M. Willoughby, Esquire (Bar I.D. 1016)
>Teresa A. Cheek, Esquire (Bar I.D. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6666
>Facsimile: (302) 576-3345
>Attorneys for Defendant, The Dow Chemical Company

Dated: August 24, 2006