IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEBRA-ANN WELLMAN,                  )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    Civil Action No. 05-278-SLR
                                    )
DUPONT DOW ELASTOMERS, LLC,         )
                                    )
            Defendant.              )

STIPULATION AND ORDER

The parties, by and through the undersigned counsel, subject to the approval of the Court,

hereby stipulate and agree as follows:

        1.    The Case Scheduling Order in this action is hereby amended to extend the

date for the completion of discovery to and including October 30, 2006.

        2.    The date for filing case dispositive motions is hereby extended to and

including November 30, 2006.  Briefing shall be in accordance with the Local Rules unless

otherwise agreed by the parties and approved by the Court.

        3.    The trial in this matter now set to begin on Monday, January 29, 2007 is

hereby continued.  A trial date will be set by the Court after the Court's ruling on case

dispositive motions.

        4.    Plaintiff shall file full and complete answers to Defendant's First Set of

Interrogatories, First Requests for Production, and Second Set of Interrogatories on or before

September 25, 2006.  Any failure on the part of the Plaintiff to comply with this paragraph shall

be treated as a failure to comply with an Order compelling discovery under Federal Rules of

Civil Procedure 37(b)(2).

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ John M. Stull
John M. Stull, Esquire (I.D. # 568)
1300 N. Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899
Telephone: (302) 654-0399
Facsimile:  (302) 654-0884
Attorney for Plaintiff,
Debra-Ann Wellman

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (I.D. 1016)
Teresa A. Cheek, Esquire (I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 6676
Facsimile: (302) 576-3345; 3286
Attorneys for Defendant,
DuPont Dow Elastomers, LLC

SO ORDERED this _____ day of _____, 2006.


_____
The Honorable Sue L. Robinson
United States District Court Judge

Dated:  September 6, 2006