# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING | |
|---|---|---|
| BARRY M. WILLOUGHBY | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: (302) 571-6666 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: (302) 576-3345 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| bwilloughby@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

September 6, 2006

<u>VIA E-FILE CM/ECF</u>
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

       Re:    Wellman v. DuPont Dow Elastomers, LLC
               <u>Civil Action No. 05-278-SLR</u>

Dear Judge Robinson:

       I have filed under separate cover a proposed Stipulation and Order to resolve the outstanding scheduling and discovery issues in the above matter and in <u>Wellman v. The Dow Chemical Company</u>, Civil Action No. 05-280 SLR. The parties have proposed, subject to the Court's approval, a one month extension in discovery and a one month extension in the date for filing case dispositive motions. In accordance with the Court's usual procedure, the Stipulation provides that the trial now scheduled for January 29, 2007 shall be continued and will not be rescheduled until after the Court resolves case dispositive motions. Finally, Mr. Stull has agreed to produce outstanding discovery no later than September 25, 2006. The Stipulation and Order therefore resolves both the Defendant's outstanding Motion to Compel and Plaintiff's Motion to Quash her deposition and for a discovery extension.

       If the Court is agreeable to the proposed Stipulation and Order, the parties respectfully request that it be signed and entered in the docket. Counsel, of course, are available at the Court's convenience to discuss the proposed Stipulation and outstanding issues if the Court believes that a conference is necessary.

                                      Respectfully,

                                      */s/ Barry M. Willoughby*
                                      Barry M. Willoughby
                                      (I.D. #1016)

BMW:mmcm
cc:    Clerk, U.S. District Court
        John Stull, Esquire

DB01:2182774.1                                                                            051952.1010