AO 88 (Rev. 1/94) Subpoena in a Civil Case - SDNY WEB 4/99

## Issued by the
## UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

Debra-Ann Wellman, Plaintiff

**V.**

DuPont Dow Elastomers, LLC, Defendant

### SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] Civil Action No: 05-278
United States District Court
for the District of Delaware

TO: Daniel Kadish, Ph.D., J.D.
247 W. 12th Street, New York, NY 10014

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached.

| PLACE | DATE AND TIME |
|---|---|
| Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Fl., P.O. Box 391, Wilmington, DE 19899-0391 | No later than: Friday, September 15, 2006 at 9:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Teresa A. Cheek    Attorney for Defendant | Aug. 22, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Teresa A. Cheek, Esquire, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391
(302) 571-6676

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: BRANDYWINE PROCESS SERVERS LTD - 424

DEBRA-ANN WELLMAN

Plaintiff(s)

- against -

DUPONT DOW ELASTOMERS, LLC

Defendant(s)

Index #:

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 31, 2006 at 12:34 PM at

247 W 12TH STREET, APT. # PH D
NEW YORK, NY 10014

deponent served the within true copy/copies of the SUBPOENA on DANIEL KADISH, PHD, J.D., the witness/recipient therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to MR. GEORGE SIMIDAY a person of suitable age and discretion. Said premises is the witness'/recipient's actual place of business within the state. He identified himself as the CONCIERGE of the witness/recipient.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 55 | 5'9 | 195 |

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the witness/recipient at the witness'/recipient's actual place of business at

247 W 12TH STREET, APT. # PH D
NEW YORK, NY 10014

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 1, 2006 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

DOORMAN / CONCIERGE / SECURITY REFUSED TO ALLOW DEPONENT ACCESS INTO SAID BUILDING.

Sworn to me on: September 1, 2006

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Stuart J. Forman
Notary Public State of New York
No 31-4828240
Qualified in New York County
Commission Expires June 30, 2007

DAVID GOLDBERG
License #: 916033
Docket #: 431578