IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

<u>RE-NOTICE OF DEPOSITION</u>

TO: John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

Please take notice that the undersigned will take the deposition of Dr. Michael Glacken, on Thursday, October 12, 2006, at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Teresa A. Cheek*
_____
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, DuPont Dow Elastomers, LLC

Date: September 21, 2006

DB01:2197533.1                                                                                                    051952.1010

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed a true and correct copy of the foregoing Re-Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Re-Notice of Deposition was also hand delivered to the following counsel of record on this date.

> John M. Stull, Esquire
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19899

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Teresa A. Cheek
> _____
> Barry M. Willoughby, Esquire (Bar I.D. 1016)
> Teresa A. Cheek, Esquire (Bar I.D. 2657)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> Attorneys for Defendant, DuPont Dow Elastomers, LLC

Dated: September 21, 2006