IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | |
| DUPONT DOW ELASTOMERS, LLC, ) | |
| ) | |
| Defendant. ) | |

<u>RE-NOTICE OF DEPOSITION</u>

TO: John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

    Please take notice that the undersigned will take the continued video deposition of Debra-Ann Wellman, Wednesday, October 25, 2006, at 9:00 a.m., and continuing thereafter from hour to hour and day to day until completion at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Barry M. Willoughby*
        _____
        Barry M. Willoughby, Esquire (Bar I.D. 1016)
        Teresa A. Cheek, Esquire (Bar I.D. 2657)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6666
        Facsimile: (302) 576-3345
        Attorneys for Defendant, DuPont Dow Elastomers, LLC

Date: October 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006, I electronically filed a true and correct copy of the foregoing Re-Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Re-Notice of Deposition was also hand delivered to the following counsel of record on this date.

John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, DuPont Dow Elastomers, LLC

Dated: October 19, 2006