IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-278-SLR |
| DUPONT DOW ELASTOMERS L.L.C., | : | |
| Defendant. | : | |
| _____ | : | |
| DEBRA-ANN WELLMAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-279-SLR |
| THE DUPONT COMPANY, | : | |
| Defendant. | : | |
| _____ | : | |
| DEBRA-ANN WELLMAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-280-SLR |
| THE DOW CHEMICAL COMPANY, | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **20th** day of **November, 2006**,

IT IS ORDERED that the mediation conference scheduled for Thursday, December 7, 2006 at 10:00 a.m. is canceled. Counsel are to keep Judge Thynge advised

as to the status of the case.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE