# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G. FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L. PATTON, JR
ROBERT L. THOMAS
WILLIAM D JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F. ROBERTS
RICHARD J A POPPER
TERESA A CHEEK

NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S. BRADY
JOEL A WAITE
BRENT C. SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A. HOLT
JOHN T DORSEY
M BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J PASCHETTO
NORMAN M POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

LISA A ARMSTRONG
JOSEPH M. BARRY
SEAN M BEACH
DONALD J. BOWMAN, JR
TIMOTHY P CAIRNS
KARA HAMMOND COYLE
MARGARET M DIBIANCA
MARY F DUGAN
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
SEAN T GREECHER
STEPHANIE L. HANSEN
DAWN M JONES
RICHARD S. JULIE
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
KAREN LANTZ

TIMOTHY E LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B LUNN
JOSEPH A MALFITANO
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
ADAM W POFF
SETH J. REIDENBERG
SARA BETH A REYBURN
KRISTEN R SALVATORE (PA ONLY)
MICHELE SHERRETTA
MONTÉ T SQUIRE
MICHAEL P. STAFFORD
CHAD S C STOVER (SC ONLY)
JOHN E TRACEY
MARGARET B WHITEMAN
SHARON M ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR
ELENA C NORMAN
KAREN L PASCALE
PATRICIA A WIDDOSS

SENIOR COUNSEL
CURTIS J CROWTHER

OF COUNSEL
BRUCE M STARGATT
STUART B. YOUNG
EDWARD B MAXWELL, 2ND

November 27, 2006

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

   Re: Debra-Ann Wellman v. Dupont Dow Elastomers, LLC
     C.A. No.: 05-278-SLR

Dear Judge Robinson:

  The enclosed Stipulation and Order is submitted in support of the parties' application to reset the discovery and case dispositive motion deadlines in the above matter. The Court previously agreed to extend the discovery deadlines in this case through a Stipulation and Order entered on September 8, 2006.

  Unfortunately, plaintiff refused to appear for her deposition and to cooperate with defendant's other discovery efforts. In lieu of filing a motion for sanctions and/or seeking an order for dismissal for failure to cooperate, defendant has agreed to the proposed Stipulation and Order to extend the discovery cutoff dates and case dispositive motion date.

DB01.2240868.1

051952.1010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
November 27, 2006
Page 2

       If the Court is agreeable to the proposed Stipulation and Order, the parties respectfully that it be signed and docketed.

                                Respectfully,

                                Barry M. Willoughby

BMW:mew
Cc:   Clerk, U.S. District Court
       John M. Stull, Esquire (w/encl.)