IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | |
| DUPONT DOW ELASTOMERS, LLC, ) | |
| ) | |
| Defendant. ) | |

RE-NOTICE OF DEPOSITION

TO:  John M. Stull, Esquire
     1300 North Market Street, Suite 700
     P.O. Box 1947
     Wilmington, DE 19899

Please take notice that the undersigned will take the continued video deposition of Debra-Ann Wellman, beginning Monday, December 4, 2006 at 9:30 a.m., and continuing Tuesday, December 5, 2006 at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
_____
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, DuPont Dow Elastomers, LLC

Date: November 28, 2006

cc:   Wilcox & Fetzer, LTD