IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTROMERS L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-279-SLR |
| | ) | |
| THE DUPONT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-280-SLR |
| | ) | |
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 7th day of December, 2006, having reviewed the proposed stipulations and orders submitted by counsel in the above referenced cases proposing a final schedule for the completion of discovery and the filing of summary

judgment motions; and having reviewed plaintiff's[1] apparent opposition thereto;

IT IS ORDERED that the court shall conduct an in-person status conference on **Friday, January 19, 2007,** commencing at **9:00 a.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  In addition to counsel, plaintiff shall personally attend and shall be prepared to respond to all discovery requests and to be deposed on that day, should the court determine that the outstanding discovery requests are fair and appropriate.  **NOTE:**  Failure of the plaintiff to appear, unless otherwise excused by the court, shall result in dismissal of these cases.

                                                                              _____
                                                                       United States District Judge

---

[1] Plaintiff sent to the court a copy of a letter directed to plaintiff's counsel wherein plaintiff complains, among other things, about the stipulations.  (D.I. 46, Civ. No. 05-278-SLR)