IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | |
| DuPONT DOW ELASTOMERS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES**

Defendant, DuPont Dow Elastomers, LLC, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 37, hereby moves for the entry of an Order compelling Plaintiff Debra-Ann Wellman to respond fully and completely to document requests and interrogatories propounded by Defendant. Defendant also requests that Plaintiff be ordered to undergo an Independent Medical Examination ("IME"). The grounds for this motion are as follows:

1. On February 22, 2006, Defendant served on Plaintiff a set of document requests (D.I. 15) (copy attached hereto as Exhibit A) and a set of interrogatories (D.I. 14) (copy attached hereto as Exhibit B).

2. On March 27, 2006, Defendant served on Plaintiff a second set of interrogatories (D.I. 18) (copy attached hereto as Exhibit C).

3. Although Plaintiff has now answered Defendant's interrogatories (entitled "Plaintiff's Response to Defendant's First/Second Set of Document Request/Interrogatories Directed to Plaintiff") (copy attached hereto as Exhibit D), the answers are evasive and incomplete.

4. The specifics of Plaintiff's failure to provide full and complete responses to Defendant's interrogatories are as follows.

5.   Interrogatory No. 1 states: "Identify each person who has knowledge of the facts alleged in the pleadings, stating for each person the facts about which each such person has knowledge." As her answer, Plaintiff attached a list of 19 individuals. The list includes no description of the facts about which the individuals allegedly have knowledge. Plaintiff simply described the individuals as "work-site contacts and individuals with which [sic] Plaintiff had contact." Plaintiff's answer to this interrogatory is incomplete and she should be compelled to answer it fully.

6.   Interrogatory No. 4 states: "Identify all persons, other than your attorneys, with whom you have discussed the matters that are the subject of this lawsuit, and supply the address and telephone number of each such person." Plaintiff's answer stated: "See depositions of treating physicians that details specific and detrimental actions inflicted upon Plaintiff such as to result in her permanent personality disorder and fear of human relationships within an employment environment." This answer is completely non-responsive. Plaintiff should be compelled to answer this interrogatory.

7.   To date, Plaintiff has provided 173 pages of documents, but she has failed to provide a written response to Defendant's request for production of documents. Plaintiff has also failed to file disclosures Pursuant to Rule 26 and this Court's Scheduling Order.

8.   Plaintiff has also refused to appear for an Independent Medical Examination in accordance with Rule 35. Good cause exists for an IME since Plaintiff has put her medical condition in issue.

**Statement Pursuant to L.R. 7.1.1.** Defendant's counsel, Barry Willoughby and Teresa A. Cheek, have had numerous conversations with Plaintiff's attorney and have sent letters and email messages to Plaintiff's attorney asking him to provide full and complete responses to

Defendant's discovery requests, and to have his client voluntarily appear for an IME. Plaintiff has failed to respond to Defendant's requests to provide discovery responses and his client refuses to appear for an IME.

WHEREFORE, Defendant respectfully requests that the Court order Plaintiff to respond fully and completely to its interrogatories and order Plaintiff to pay Defendant's reasonable attorneys' fees incurred in connection with this motion, in the form of order attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Barry M. Willoughby*
Barry M. Willoughby (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated: January 17, 2007