IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DuPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**AND NOW** this \_\_\_\_\_ day of _____, 2007, the Court having duly considered Defendant DuPont Dow Elastomers, LLC's motion for the entry of an Order compelling Plaintiff Debra-Ann Wellman to respond fully and completely to document requests and interrogatories propounded by Defendant, and requiring Plaintiff to undergo an Independent Medical Examination ("IME"),

**IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is GRANTED.

2. Plaintiff shall respond fully and completely to Defendant's interrogatories and document requests within \_\_\_\_\_ (\_\_) days from the date of this Order.

3. Plaintiff shall appear for an IME on a date and time agreed to by counsel.

_____
UNITED STATES DISTRICT JUDGE