IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 19th day of January, 2007, having conferred with counsel;

IT IS ORDERED that the motion to compel filed by defendant in the above case (D.I. 49) is granted as unopposed. Plaintiff has represented that she will make herself available for an independent medical examination, and that she will formally supplement her responses to discovery requests by more specifically identifying those individuals with knowledge pertaining to this case and describing what relevant information they would provide, if asked. Plaintiff also represented on the record that all relevant documents have been produced and that no documents are being withheld on the grounds of any privilege. The court shall conduct a final conference on the status of

discovery if requested by the parties.

```
                              _____
                                 United States District Judge
```