IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTOMERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1.  Discovery is complete, effective June 30, 2007.

2.  Case dispositive motions shall be filed on or before August 10, 2007. Briefing of stipulations shall be in accordance to the following schedule:

    Opening Brief     August 10, 2007

    Answering Brief   September 10, 2007

    Reply Brief       September 25, 2007

3.  A trial date will be set by the Court after the Court's ruling on case dispositive motions.

SO ORDERED this _____ day of _____, 2007.

                        YOUNG CONAWAY STARGATT
                        & TAYLOR, LLP

| */s/ John M. Stull* | */s/ Barry M. Willoughby* |
|---|---|
| John M. Stull, Esquire (I.D. # 568) | Barry M. Willoughby, Esquire (I.D. 1016) |
| 1300 N. Market Street, Suite 700 | Teresa A. Cheek, Esquire (I.D. 2657) |
| P.O. Box 1947 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| Telephone: (302) 654-0399 | P.O. Box 391 |
| Facsimile: (302) 654-0884 | Wilmington, DE 19899-0391 |
| Attorney for Plaintiff, | Telephone: (302) 571-6666; 6676 |
| Debra-Ann Wellman | Facsimile: (302) 576-3345; 3286 |
| | Attorneys for Defendant, |
| | The Dupont Dow Elastomers, LLC |

_____
The Honorable Sue L. Robinson
United States District Court Judge

Dated: July 9, 2007