IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTROMERS L.L.C., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 16th day of August, 2007, defendant having filed information within D.I. 54 that appears to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 54. This procedure is outlined in the "Notice Regarding Personal Information"[1] attached to this order.

_____
United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at **www.ded.uscourts.gov** and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).