IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO SEAL APPENDIX TO
DEFENDANT'S OPENING BRIEF IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**

Defendant, DuPont Dow Elastomers, LLC, by and through its undersigned counsel, hereby respectfully moves this Court to issue an order placing Defendant's Appendix to Opening Brief in Support of its Motion for Summary Judgment (D.I. 54) under seal.

The basis for this motion is that the contents of certain documents contained within Defendant's Appendix may contain personal and/or medical information, and employment history of the Plaintiff.

WHEREFORE, Defendant respectfully requests that the Court promptly issue an Order in the form attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Barry M. Willoughby*
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
Margaret M. DiBianca (I.D. No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, DuPont Dow Elastomers, LLC

DATED: August 16, 2007

DB02:6186539.1                                                                     051952.1010