IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-278-SLR ) |
| DUPONT DOW ELASTOMERS, LLC, | ) ) |
| Defendant. | ) |

ORDER

WHEREAS, the Defendant, DuPont Dow Elastomers LLC has filed a "Motion to Seal Appendix to Opening Brief in Support of its Motion for Summary Judgment" (the "Motion"), and good cause having been shown:

IT IS HEREBY ORDERED this _____ day of August, 2007, that Defendant's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE