IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN,        )<br>                                            )<br>    Plaintiff,                       )<br>                                            )<br>    v.                                  ) Civ. No. 05-278-SLR<br>                                            )<br>DUPONT DOW ELASTROMERS L.L.C.,)<br>                                            )<br>    Defendant.                    ) | |
| DEBRA-ANN WELLMAN,        )<br>                                            )<br>    Plaintiff,                       )<br>                                            )<br>    v.                                  ) Civ. No. 05-279-SLR<br>                                            )<br>THE DUPONT COMPANY,       )<br>                                            )<br>    Defendant.                    ) | |

**O R D E R**

At Wilmington this 28th day of September, 2007, having received letters directly from plaintiff, Debra-Ann Wellman, dated December 17, 2006, February 1, 2007, April 14, 2007, April 16, 2007 and August 20, 2007 in the above captioned cases[1], and noting that plaintiff is represented by counsel, John M. Stull, Esquire;

IT IS ORDERED that said correspondence will not be docketed and is being

---

[1] Plaintiff is reminded that Civ. No. 05-280-SLR was closed by Memorandum Order on March 20, 2007 and the time to file an appeal has expired, therefore no further filings should be made in said case.

returned to Debra-Ann Wellman, along with a copy of this order, for the following reasons:

1. The court does not respond to letters asking for relief, rather any request for relief shall be made in the form of a motion.

2. Filings made on behalf of parties represented by counsel shall be made by said counsel.

3. The court does not provide reimbursement to a party for expenses related to appearing for a court proceeding.

IT IS FURTHER ORDERED that plaintiff's counsel shall file answering briefs to defendants' motions for summary judgment in the above captioned cases no later than **October 12, 2007.** FAILURE TO TIMELY RESPOND SHALL RESULT IN THE COURT'S RULING ON SAID MOTIONS BASED ON THE DOCKET AS IT PRESENTLY STANDS.

_____
United States District Judge