IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-278-SLR |
| ) | Civil Action No. 05-279-SLR |
| DuPONT DOW ELASTOMERS, LLC ) | |
| t/a DUPONT HIGH PERFORMANCE ) | |
| ELASTOMERS, LLC and ) | |
| E. I. DUPONT De NEMOURS & CO., INC.,) | |
| Defendants. ) | |

**NOTICE OF FILING IN PAPER FORMAT AS TO APPENDIX FOR
C.A. 05-278-SLR    and    C.A. 279-SLR**

I, John M. Stull, counsel for Plaintiff Debra-Ann Wellman, hereby requests that the within Appendix material submitted this 15th day of October, 2007, in paper format be accepted for filing by the Clerk of the District Court, District of Delaware, as the prior attempt at filing same on October 12, 2007, was too large for process of filing same electronically.

/s/ JOHN M. STULL, ESQ. (DE # 568)
715 N. King Street, STE 100
P. O. Box 1947
Wilmington, DE 19899
Ph. (302) 654-0399
Attorney for Debra-Ann Wellman

Dated: October 15, 2007

Case 1:05-cv-00278-SLR    Document 60    Filed 10/15/2007    Page 2 of 2