IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTOMERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO EXTEND TIME

Defendant DuPont Dow Elastomers, LLC, ("DDE"), by and through its undersigned counsel, hereby respectfully moves this Court for an extension of time to file its Reply to Plaintiff's Opening/Answer Brief. (D.I. 59). In support of its Motion, Defendant states the following:

1. With the Court's approval, the parties previously stipulated to a Briefing Schedule for Case Dispositive Motions. (D.I. 51).

2. DDE filed its Motion for Summary Judgment and Opening Brief on August 10, 2007. (D.I. 52, 53). Plaintiff filed an "Opening/Answer Brief" to Defendant's Motion for Summary Judgment on October 12, 2007. (D.I. 59). Pursuant to the Local Rules, Defendant's Reply Brief is due on Monday, October 22, 2007. (D.I. 59).

3. Lead counsel for DDE, Barry M. Willoughby, has had a death in his immediate family and is currently unable to turn attention to the upcoming brief.

4. The undersigned has made several attempts to contact Plaintiff's counsel by telephone to request an extension of time in which to file Defendant's Reply Brief. Plaintiff's counsel has failed to return the messages left by the undersigned.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendants' Reply Brief by ten days in the form of the Order attached.

Respectfully Submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
Margaret M. DiBianca (I.D. No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Attorneys for Defendant DuPont Dow Elastomers, LLC

DATED: October 19, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, Defendant DuPont Dow Elastomers, LLC, has filed a Motion to Extend Time and good cause having been shown:

IT IS HEREBY ORDERED this _____ day of October, 2007, that Defendant's Motion is GRANTED and that the deadline for filing Defendant's Reply Brief shall be extended to November 1, 2007.

_____
UNITED STATES DISTRICT JUDGE