IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEBRA-ANN WELLMAN,       )
                           )
          Plaintiff,      )
                           )
     v.                )     Civil Action No. 05-278-SLR
                           )
DUPONT DOW ELASTOMERS, LLC,  )
                           )
          Defendant.    )

ORDER

      WHEREAS, Defendant DuPont Dow Elastomers, LLC, has filed a Motion to

Extend Time and good cause having been shown:

      IT IS HEREBY ORDERED this _____ day of October, 2007, that Defendant's

Motion is GRANTED and that the deadline for filing Defendant's Reply Brief shall be extended

to November 1, 2007.

_____
UNITED STATES DISTRICT JUDGE