IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1. Defendant DuPont Dow Elastomers, LLC hereby withdraws its Motion to Extend Time filed Friday, October 18, 2007, (D.I. 62), and, in return,

2. Defendant's Reply to Plaintiff's Opening/Answer Brief shall be due on November 9, 2007.

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John M. Stull* | */s/ Margaret M. DiBianca* |
| John M. Stull, Esquire (I.D. # 568) | Barry M. Willoughby, Esquire (I.D. 1016) |
| 1300 N. Market Street, Suite 700 | Teresa A. Cheek, Esquire (I.D. 2657) |
| P.O. Box 1947 | Margaret M. DiBianca, Esquire (I.D. 4539) |
| Wilmington, DE 19899 | The Brandywine Building |
| Telephone: (302) 654-0399 | 1000 West Street, 17th Floor |
| Facsimile: (302) 654-0884 | P.O. Box 391 |
| Attorney for Plaintiff | Wilmington, DE 19899-0391 |
|  | Telephone: (302) 571-6666; 6676; 5008 |
|  | Facsimile: (302) 576-3345; 3286; 3476 |
|  | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

Dated: October 22, 2007

DB01:2468673.1                                                                              051952.1010