IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, )<br>        Plaintiff, )<br>                      )<br>    v.                     )<br>                      )<br>DuPONT DOW ELASTOMERS, LLC )<br>t/a DUPONT HIGH PERFORMANCE )<br>ELASTOMERS, LLC, )<br>        Defendant. ) | ) Civil Action No. 05-278-SLR |

## PLAINTIFF DEBRA-ANN WELLMAN'S

## MOTION FOR SUMMARY JUDGMENT

      Plaintiff Debra-Ann Wellman, by and through her counsel, John M. Stull, in the above action, hereby Moves this Honorable Court Grant Plaintiff this Motion for Summary Judgment under Rule 56, F.R.C.P., based on the facts and legal argument presented in Plaintiff's Opening Brief filed previously and supported by Appendix material and documents filed herewith.

                                /s/ JOHN M. STULL, ESQ. DE # 568
                                3 Mill Road, Ste 306A
                                Wilmington, DE 19806
                                Ph. 302) 654-0399
                                Attorney for Plaintiff Debra-Ann Wellman

Dated: November 4, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, )<br>      Plaintiff, )<br> ) Civil Action No. 05-278-SLR<br>  v. )<br> )<br>DuPONT DOW ELASTOMERS, LLC )<br>t/a DUPONT HIGH PERFORMANCE )<br>ELASTOMERS, LLC., )<br>      Defendant. ) | |

**PLAINTIFF DEBRA-ANN WELLMAN'S
STATEMENT AS TO NO GENUINE ISSUES OF MATERIAL FACT
AS TO FACTS SUPPORTING PLAINTIFF'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Debra-Ann Wellman, by and through John M. Stull, her attorney for this action, does hereby Certify that no genuine issues of material fact exist with regard to the facts in support of Plaintiff's Motion for Summary Judgment under Rule 56, based on documents, testimony and legal argument entered in the Record, and that based on Plaintiff's Opening Brief previously filed will support a Grant of Plaintiff's Summary Judgment Motion.

/s/ JOHN M. STULL, ESQ. DE # 568
3 Mill Road, Ste 306A
P. O. Box 1947
Wilmington, DE 19899
Attorney for Plaintiff Debra-Ann Wellman

Dated: November 4, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-278-SLR |
| v. | ) |
| | ) |
| DuPONT DOW ELASTOMERS, LLC | ) |
| t/a DUPONT HIGH PERFORMANCE | ) |
| ELASTOMERS, LLC | ) |
| Defendant. | ) |

**ORDER**

NOW THIS _____ day of _____, 2007, the Court having fully considered the factual bases and case authority in Support of Plaintiff's Motion for Summary Judgment by Debra-Ann Wellman and having considered the Record and legal bases therefore, therefore, does find that an Order GRANTING said Motion for Summary Judgment in Plaintiff's favor is proper.

As such, the Court does hereby GRANT said Motion in favor of Plaintiff as a Summary Judgment under Rule 56, F.R.C.P.

IT IS SO ORDERED

_____
Sue L. Robinson, Judge
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, )<br>        Plaintiff, )<br>  v. )<br>         )<br>DuPONT DOW ELASTOMERS, LLC )<br>t/a DUPONT HIGH PERFORMANCE )<br>ELASTOMERS, LLC and )<br>E. I. DUPONT De NEMOURS & CO., INC.,)<br>        Defendants. ) | Civil Action No. 05-278-SLR<br>Civil Action No. 05-279-SLR |

**CERTIFICATE OF SERVICE**

      I, John M. Stull, counsel for Plaintiff Debra-Ann Wellman, hereby certifies that on this 4th day of November, 2007, I did by electronic means and Hand Delivery place the within documents consisting of a Motion for Summary Judgment, Statement of No Factual Issues in Dispute, and Order, in behalf of the Plaintiff Debra-Ann Wellman for the purposes noted therein, at the offices of the following counsel of record at the designated offices and addressed to the following:

      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Barry M. Willoughby, Esquire (No. 1016)
      Teresa A. Cheek, Esquire (No. 2657)
      The Brandywine Building
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391
      Telephone: (302) 571-6666; (302) 571-6676
      Facsimile: (302) 571-3345; (302) 576-3286
      Email: bwilloughby@ycst.com; tchee@ycst.com
      Attorneys for Defendant Dow

      POTTER ANDERSON & CORROON LLP
      Sarah E. DiLuzio, Esquire
      1313 Market Street, Sixth Floor
      Wilmington, DE 19801
      Email: sdiluzio@potteranderson.com
      Attorney for Defendant DuPont Company

      /s/ JOHN M. STULL, ESQ. DE # 568
      3 Mill Road, Ste 306A
      Wilmington, DE 19806
      Ph. (302) 654-0399

Dated: November 4, 2007