IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-278-SLR |
| | ) |
| DUPONT DOW ELASTOMERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND TIME FOR FILING

Defendant, DuPont Performance Elastomers, LLC, (DPE), hereby moves for an extension of time to respond to the Court's Order of February 13, 2008, D.I. 66, from February 29, 2008 until March 7, 2008. In support of this Motion, Defendant respectfully represents as follows:

1. The attorney assigned to the preparation of the pleading required by the Court's Order of February 13, 2008, is Teresa A. Cheek, Esquire;

2. Ms. Cheek was out of the country from February 19 to February 25, 2008;

3. Upon her return to the office on February 26, Ms. Cheek unexpectedly became ill with the flu. She has been out of the office since then, but expects to return to the office on Monday, March 3, 2008;

4. Defendant respectfully requests the Court to extend the time for the filing of the above-referenced pleading until March 7, 2008, and extend Plaintiff's date for response to March 28, 2008.

5. Defendant has attempted to reach counsel for the Plaintiff, John Stull, Esquire, to obtain his position on this Motion, but has been unable to do so.

WHEREFORE, Defendant respectfully requests that the time for filing a pleading responsive to the Counsel's Order dated February 13, 2008, D.I. 66, be extended through and including March 7, 2008, and that Plaintiff's reply thereto be extended to and including March 28, 2008.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Barry M. Willoughby*
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, DuPont Dow Elastomers, LLC

Dated: February 28, 2008

SO ORDERED this _____ day of _____, 2008.

        The Honorable Sue L. Robinson