IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTROMERS L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-279-SLR |
| | ) | |
| THE DUPONT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 3rd day of June, 2008, having considered Debra-Ann Wellman's pro se motions to remove John M. Stull, Esquire, as counsel of record in the above-captioned cases;

IT IS ORDERED that said motions (D.I. 70; D.I. 48) are **granted.**

IT IS FURTHER ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

2. The court's Standing Order regarding the establishment of a Federal

Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

_____
United States District Judge