IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-278-SLR |
| DUPONT DOW ELASTROMERS L.L.C., | ) |
| Defendant. | ) |
| | |
| DEBRA-ANN WELLMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-279-SLR |
| THE DUPONT COMPANY, | ) |
| Defendant. | ) |

## ORDER RECOGNIZING REPRESENTATION

At Wilmington, this 30th day of June 2008, the court recognizes that Bruce E. Jameson, Esquire, has agreed to represent the plaintiff Debra-Ann Wellman as counsel of record in the above captioned cases. Counsel's representation shall remain in effect until the final determination of each case unless, prior thereto, this order is amended or revoked by further order of the Court.

_____
United States District Judge