# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION

1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6532
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
BEJameson@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

August 15, 2008

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

via CM/ECF

RE: *Wellman v. DuPont Dow Elastromers L.L.C.*, C.A. No. 05-278-SLR
and *Wellman v. The DuPont Company*, C.A. No. 05-279-SLR

Dear Judge Robinson:

I was appointed as the Federal Civil Panel attorney for the plaintiff in these matters by Order dated June 30, 2008. Having now had an opportunity to speak with the plaintiff and confirm her agreement to my representation of her, I write to provide a status report and request the Court's indulgence while I undertake the investigation and evaluation necessary for me to provide informed advice to Ms. Wellman.

We are in the process of obtaining and reviewing the record from these cases. Accordingly, I ask the Court for a 60-day period within which to complete that process. If acceptable to the Court, I undertake to report back to the Court on or before October 15, 2008 as to how the plaintiff proposes to move this matter forward and to make any procedural motions or applications that we may deem appropriate following our review of the proceedings to date. I am available should the Court require additional information or have any questions.

Respectfully,

Bruce Jameson
(ID No. 2931)

BJ:ls

cc: Barry M. Willoughby, Esquire (counsel to DuPont Dow Elastomers L.L.C.) (via eservice)
Kathleen F. McDonough, Esquire (counsel to The DuPont Company) (via eservice)

20537.1\377086v1