IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


DEBRA-ANN WELLMAN, )
)
Plaintiff, )
)
v. ) Civ. No. 05-278-SLR
)
DUPONT DOW ELASTROMERS )
L.L.C., )
)
Defendant. )


DEBRA-ANN WELLMAN, )
)
Plaintiff, )
)
v. ) Civ. No. 05-279-SLR
)
THE DUPONT COMPANY, )
)
Defendant. )


**O R D E R**

At Wilmington this 21st day of August, 2008, having received Mr. Jameson's

request for a 60-day period in which to obtain and review the record (D.I. 74 in Civ. No.

05-278-SLR; D.I. 52 in Civ. No. 05-279-SLR);

IT IS ORDERED that:

1. The case shall be stayed until **October 21, 2008.** The court shall conduct a

telephonic status conference in this case on **Friday, October 24, 2008 at 9:00 a.m.**,

with plaintiff's counsel initiating the call.

2. The pending motions for summary judgment (D.I. 52, 64 and 69 in Civ. No. 05-278-SLR; D.I. 35, 44 and 47 in Civ. No. 05-279-SLR) are hereby denied without prejudice to renew after the October 24, 2008 status conference.

United States District Judge